UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-20293-CIV-SEITZ/MCALILEY

SM LICENSING CORPORATION,

    Plaintiff / Counterdefendant,

v.

U.S. MEDICAL CARE HOLDINGS LLC and
DR. SASSON MOULAVI,

    Defendants / Counterplaintiffs / Third-Party Plaintiff,

DR. SANFORD SIEGAL,

    Third-Party Defendant.
_____/

## ORDER CANCELLING STATUS CONFERENCE

THIS CAUSE is before the Court on the parties' Joint Notice of Parties' Consent to Disposition of Pending Motions by Magistrate Judge McAliley [DE 54].  Because the parties have consented to disposition of the pending motions by Judge McAliley, it is hereby

ORDERED that the previously scheduled status conference set for Wednesday, April 25, 2007 at 1:15 p.m. is CANCELLED.

DONE and ORDERED in Miami, Florida, this <u>24th</u> day of April, 2007.

*(signature)*

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    United States Magistrate Judge Chris M. McAliley
        All Counsel of Record