UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-20293-CIV-SEITZ/MCALILEY

SM LICENSING CORPORATION, a Florida
corporation

    Plaintiff / Counter-Defendant

v.

U.S. MEDICAL CARE HOLDINGS, L.L.C. a
Florida Limited Liability Company, and
DR. SASSON MOULAVI,

    Defendant / Counter-Plaintiff / Third-Party Plaintiff

v.

DR. SANFORD SIEGAL

    Third-Party Defendant

_____/

### ORDER GRANTING DEFENDANTS' MOTION FOR *PRO HAC VICE* ADMISSION OF MONICA L. THOMPSON

THIS MATTER is before the Court on Defendants' motion for *Pro Hac Vice* Admission of Monica L. Thompson [DE 59].  Upon due consideration, it is hereby

ORDERED that:

(1)  Defendants' Motion for *Pro Hac Vice* Admission of Monica L. Thompson [DE 59] is GRANTED.  Monica L. Thompson shall be permitted to appear *pro hac vice* on behalf of Defendants solely for purposes of this case;

(2)  During the course of this case, Ms. Thompson shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court;

(3) Alan H. Rolnick, of Sacher, Zelman, Hartman, Paul, Beiley, Rolnick & Greif, P.A., who is a member of the bar of this Court and who maintains an office in this district for the practice of

law, shall be Defendants' designated local counsel, with whom the Court and counsel may readily communicate and upon whom papers may be served.

DONE and ORDERED in Miami, Florida, this 25th day of April, 2007.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record