# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 07-20293-CIV-SEITZ/MCALILEY

SM Licensing Corporation

          Plaintiff

v.

U.S. Medical Care Holdings & Dr. Sasson Moulavi     Defendant

## EXHIBIT AND WITNESS LIST

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| McAliley | Ury Fischer, Esq. | Monica Thompson, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| May 3 and 4, 2007 | LISA EDWARDS | MARTA DIEGUEZ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/3/07 | 1 | ✓ | List of Doctors offering COOKIE DIET pre-2002 (ATTORNEYS' EYES ONLY) |
| 2 | | 5/3/07 | 2 | ✓ | "Starting An Obesity Practice" Manual |
| 3 | | 5/3/07 | 3 | ✓ | SIEGAL COOKIE DIET flyers ENGLISH AND SPANISH |
| 4 | | 5/3/07 | 4 | ✓ | Invoice - Peter Printer - SIEGAL COOKIE DIET - May 8, 1990 |
| 5 | | 5/3/07 | 5 | ✓ | DVDs submitted on 3/19/07 in connection with Plaintiff's Reply in Support of Preliminary Inj. |
| 6 | | 5/3/07 | 6 | ✓ | Affidavit of Paul Forest Hickman + EXhibit A   PAGES 1-8 |
| 7 | | 5/3/07 | 7 | ✓ | Email – Website copy revisions |
| 8 | | 5/7/07 | 8 | ✓ | April 16, 1984 - letter from Doctor |
| 9 | | 5/3/07 | 9 | ✓ | May 1, 1984 - letter from Doctor   PhRASE "Cookie Diet" used |
| 10 | | 5/3/07 | 10 | ✓ | June 20, 1984 - letter from Doctor to patients   " |
| 11 | | 5/3/07 | 11 | ✓ | Letter from Doctor (not dated, but pre-1985)   " |
| 12 | | 5/3/07 | 12 | ✓ | March 9, 1989 - letter from Doctor   " |
| 13 | | 5/3/07 | 13 | ✓ | October 7, 2000 e-mail to Dr. Siegal   " |
| 14 | | | | | October 27, 2000 e-mail to Dr. Siegal |
| 15 | | 5/3/07 | 15 | ✓ | November 17, 2000 e-mail to Dr. Siegal   " |
| 16 | | 5/3/07 | 16 | ✓ | December 9, 2000 e-mail to Dr. Siegal   " |
| 17 | | 5/3/07 | 17 | ✓ | February 21, 2001 e-mail to Dr. Siegal   " |
| 18 | | 5/3/07 | 18 | ✓ | May 26, 2001 e-mail to Dr. Siegal   " |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

MAY-10-2007 11:32AM FROM-USDC ROOM 392      3055235289        T-230 P.003/004 F-590
Case 1:07-cv-20293-PAS Document 135-1 Entered on FLSD Docket 04/16/2010 Page 2 of 3
AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

# EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF<br>SM Licensing Corporation | vs. | DEFENDANT<br>U.S. Medical Care Holdings & Dr. Moulavi | CASE NO.<br>07-20293-CIV-SEITZ/MCALILEY |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 19 | | 5/3/07 | 19 | ✓ | June 18, 2001 e-mail to Dr. Siegal " |
| 20 | | | | | Photograph of packages of Defendants' cookies with sticker |
| 21 | | 5/3/07 | 21 | ✓ | Packages of Plaintiff's cookies A-STANDARD  B-NEW PACKAGE OATHE C-" " Chocol |
| 22 | | 5/3/07 | 22 | ✓ | Copy of website "www.officialcookiediet.com" |
| 23 | | | | | "WHOIS" results for www.officialcookiediet.com |
| 24 | | 5/3/07 | 24 | ✓ | Excerpts from Magaziner Center Website |
| 25 | | | | | February 25, 2005 advertisement - Orlando Magazine |
| 26 | | 5/7/07 | 26 | ✓ | Photographs of Smart For Life trailer |
| 27 | | | | | Article - COOKIE DIET comes to South Shore |
| 28 | | | | | Newton Tab - Article |
| 29 | | | | | NBC10.com - Article |
| 30 | | | | | nbc30.com - Article |
| 31 | | | | | New England Bride - Article |
| 32 | | | | | CBS4 Boston - Article |
| 33 | | | | | Crunch Time for Diets - Article |
| 34 | | | | | Moulavi Affidavit |
| 35 | | | | | Supplemental Moulavi Affidavit |
| 36 | | | | | Nutritional information inserts |
| 37 | | | | | USMCH Soup Packaging |
| 38 | | | | | USMCH Shake Packaging |
| 39 | | | | | Brochure - SIEGAL Smart for Life Clinics - "The Smart Way To Lose" |
| 40 | | | | | Brochure - The Siegal Medical Weight Management Program |
| 41 | | | | | Brochure - Siegal Weight Management "Nothing Tastes as Good as Thin Feels" |
| 42 | | | | | Maintenance Handbook |

# EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF<br>SM Licensing Corporation | | | | vs. | DEFENDANT<br>U.S. Medical Care Holdings & Dr. Moulavi | CASE NO.<br>07-20293-CIV-SEITZ/MCALILEY |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 43 | | | | | Siegal Weight Management Certificate | |
| 44 | | 5/3/07 | 44 | ✓ | June 21, 2002 Agreement | |
| 45 | | | | | Assignment & Amendment to Agreement | |
| 46 | | 5/3/07 | 46 | ✓ | License & Supply Agreement, 2004 | |
| 47 | | | | | Consulting Agreement | |
| 48 | | 5/7/07 | 48 | ✓ | DVD - Los Angeles TV segment | |
| 49 | | | | | United States Trademark Application Serial No. 78/955,333 | |
| 50 | | | | | United States Trademark Application Serial No. 77/025,679 | |
| 51 | | | | | United States Trademark Application Serial No. 77/025,692 | |
| 52 | | 5/4/07 | 52 | ✓ | United States Trademark Application Serial No. 78/955,354 | |
| 53 | | | | | United States Trademark Application Serial No. 78/955,376 | |
| 54 | | 5/4/07 | 54 | ✓ | United States Trademark Application Serial No. 78/955,391 | |
| 55 | | 5/4/07 | 55 | ✓ | United States Trademark Application Serial No. 78/690,409 | |
| 56 | | | | | United States Trademark Application Serial No. 78/978,186 | |
| 57 | | 5/3/07 | 57 | ✓ | USMCH Franchise Training Manual | |
| 58 | | 5/7/07 | 58 | ✓ | Excerpts from US Medical Care Holdings Franchise Agreement | |
| 59 | | 5/3/07 | 59 | ✓ | UNIFORM FRANCHISE OFFERING CIRCULAR | |
| 61 | | 5/7/07 | 61 | ✓ | Page 4 of USMCH Franchise Manual | |
| 62 | | 5/7/07 | 62 | ✓ | Smart for Life Hickory Beef Soup Container | |